IN THE SUPREME COURT OF THE STATE OF DELAWARE

STRAINE DENTAL MANAGEMENT, §
LLC, STRAINE DM HOLDINGS, LLC §
and STRAINE DM INTER HOLDINGS,§
LLC, § No. 15, 2023
§
Defendants Below – Appellants, §
§ Court Below:  Court of Chancery
v. § of the State of Delaware
§
ROBERT BREAULT, D.M.D., §
§ C.A. No. 2022-0410
Plaintiff Below – Appellee. §

Submitted:  September 13, 2023
Decided:        September 28, 2023

Before **VALIHURA**, **TRAYNOR**, and **LeGROW**, Justices.

### **O R D E R**

Now this 28th day of September 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Post-Trial Findings of Fact and Conclusions of Law dated November 3, 2022 and its Final Order dated December 19, 2022;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice